**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                              :  Chapter 13

**Henderson, Monica D.
Henderson, Alfred W.**
      **Debtor**

                                              :            17-11716

**CERTIFICATE OF SERVICE OF
DEBTOR'S AMENDED CHAPTER 13 PLAN**

     I certify that on  September 8, 2017 ,  the standing trustee and all creditors of the debtor at their addresses as shown in the schedules accompanying the debtor's petition were served  a copy of the Debtor's  Amended Chapter 13 Plan either by way of ECF or by first class regular U.S. mail.

Dated: September 8, 2017

                                                "/s/"Mitchell J. Prince
                                              John L. McClain, Esquire
                                              Mitchell J. Prince, Esquire
                                              Attorneys for debtor

John L. McClain and Associates
PO Box 123
Narberth, PA 19072