**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                          : Chapter 13

**Henderson, Monica D.
Henderson, Alfred W.
         Debtor**

                                                                :     17-11716

**CERTIFICATE OF SERVICE OF
DEBTORS' SECOND AMENDED CHAPTER 13 PLAN**

    I certify that on  October 8, 2017 , the standing trustee and all creditors of the debtor at their addresses as shown in the schedules accompanying the debtors' petition were served a copy of the Debtors' Second Amended Chapter 13 Plan either by way of ECF or by first class regular U.S. mail.

Dated: October 8, 2017

                                       "/s/"Mitchell J. Prince
                                       John L. McClain, Esquire
                                       Mitchell J. Prince, Esquire
                                       Attorneys for debtors

John L. McClain and Associates
PO Box 123
Narberth, PA 19072