UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: **MONICA D. & ALFRED W. HENDERSON**  :  Chapter 13

    Debtor(s)  :  Bankruptcy No.: 17-11716-ELF

## CONSENT ORDER

    *AND NOW*, this _____ day of _____, 2017 upon agreement of the parties in lieu of the Chapter 13 standing trustee's filing a motion to dismiss with prejudice, it is

    *ORDERED*, that in light of the debtor(s) TWO (2) prior bankruptcy filings, if this case is dismissed for any reason, it shall be with prejudice; debtor(s) shall be prohibited from filing, individually or jointly, any subsequent bankruptcy without further leave of court for a period of 180 days from date of dismissal order of case. And it is further;

    *ORDERED*, that this Consent Order shall be effective without any further reference to its terms in any subsequent dismissal of this case, regardless of the circumstances of the dismissal, the identity of the party moving for the dismissal, or the express terms of the order dismissing the case. The dismissal of the case, in and of itself, shall be sufficient to effectuate this Consent Order and the barring of the debtor(s) from further filings in accordance with its terms.

Date: 11/6/2017

William C. Miller, Esquire
Chapter 13 Standing Trustee
**LeRoy Wm. Etheridge, Esquire**
Jacqueline M. Chandler, Esquire
Jack K. Miller, Esquire

Date: 11/6/17

Attorney for Debtor(s)

Date: 10-30-2017
11-5-2017

Debtor(s)

BY THE COURT

_____
HON. ERIC L. FRANK
CHIEF BANKRUPTCY JUDGE