**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : Chapter 13
  Henderson, Monica D.
  Henderson, Alfred W.
      Debtors : 17-11716

**REVISED ORDER FOR ALLOWANCE OF COMPENSATION**
**AND REIMBURSEMENT OF EXPENSES**

AND NOW, this _____day of _____, 2018, upon consideration of the Application for Allowance of Compensation and Reimbursement of Expenses filed by Debtor's counsel, IT IS HEREBY

    **ORDERED** that the Application is **GRANTED** and compensation of of **$5,492.50** and **$117.00** in expenses are **ALLOWED** and the unpaid balance of **$4,992.50** and **$117.00** shall be paid through debtors' Chapter 13 Plan through the office of the Chapter 13 trustee as an administrative priority expense, to the extent provided for by the Debtors' confirmed plan.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**