**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                      : Chapter 13
    Henderson, Monica D.
    Henderson, Alfred W.
        Debtors                       : 17-11716

**ORDER DIRECTING EMPLOYER TO MAKE WAGE
DEDUCTIONS FOR REMITTANCE TO TRUSTEE**

**TO EMPLOYER:**
**Bestweld, Inc.**
**40 Robinson Street**
**Pottstown, PA 19464**

Re:   Henderson, Alfred W.
SSN:  xxx-xx-7110

    The future earnings of the above named debtor Henderson, Alfred W., being subject to the continuing supervision and control of the court for the purpose of enforcing the terms of the debtor's chapter 13 plan,

    **It IS HEREBY ORDERED** that the employer of the debtor shall deduct from the earnings of the debtor, beginning with the next pay period following the receipt of this order the sum of: **$680 per month for two months starting this April 1, 2019, then as of this June 2019, the payment shall increase to $1,196 per month for a period of 34 months,** pro rata per pay period (if paid weekly divide by four, biweekly divide by 2 for the amount per pay period).

    The employer shall continue said deductions until further Order of this Court and shall remit all monies withheld from the debtor's earnings at least monthly, or more frequently if convenient, in the dollar amounts stated to the chapter 13 Trustee whose names and addresses that appear below.

    **$680 per month for two months starting this April 1, 2019, then as of this June 2019, the payment shall increase to $1,196 per month for a period of 34 months to:** William C. Miller, Trustee, P.O. Box 1799, Memphis, TN  38101-1799

        BY THE COURT

                                        4/18/19
            JUDGE

Bestweld, Inc.
40 Robinson Street
Pottstown, PA 19464

John L. Mc Clain, Attorney for Debtor

John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Monica D. and Alfred W. Henderson
504 Walnut Street
Pottstown, PA 19464

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106