United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-11716-elf
Monica D. Henderson                                                   Chapter 13
Alfred W. Henderson
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Antoinett         Page 1 of 1         Date Rcvd: Apr 18, 2019
                             Form ID: pdf900         Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2019.
db/jdb       +Monica D. Henderson,   Alfred W. Henderson,   504 Walnut Street,   Pottstown, PA 19464-5626
             +Bestweld, Inc.,   40 Robinson Street,   Pottstown, PA 19464-6440

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
              +E-mail/Text: eforbes@ph13trustee.com Apr 19 2019 02:47:31      William C. Miller, Trustee,
                PO BOX 40119,   Philadelphia, PA 19106-0119
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2019 at the address(es) listed below:
              JOHN L. MCCLAIN    on behalf of Debtor Monica D. Henderson aaamcclain@aol.com,
               edpabankcourt@aol.com
              JOHN L. MCCLAIN    on behalf of Joint Debtor Alfred W. Henderson aaamcclain@aol.com,
               edpabankcourt@aol.com
              KEVIN G. MCDONALD    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com,    dmaurer@pkh.com;mgutshall@pkh.com
              LEROY W. ETHERIDGE, JR.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 9

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          : Chapter 13
    Henderson, Monica D.
    Henderson, Alfred W.
    **Debtors**                              : 17-11716

## ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTIONS FOR REMITTANCE TO TRUSTEE

**TO EMPLOYER:**
**Bestweld, Inc.**
**40 Robinson Street**
**Pottstown, PA 19464**

Re:   Henderson, Alfred W.
SSN:  xxx-xx-7110

The future earnings of the above named debtor Henderson, Alfred W., being subject to the continuing supervision and control of the court for the purpose of enforcing the terms of the debtor's chapter 13 plan,

**It IS HEREBY ORDERED** that the employer of the debtor shall deduct from the earnings of the debtor, beginning with the next pay period following the receipt of this order the sum of: **$680 per month for two months starting this April 1, 2019, then as of this June 2019, the payment shall increase to $1,196 per month for a period of 34 months,** pro rata per pay period (if paid weekly divide by four, biweekly divide by 2 for the amount per pay period).

The employer shall continue said deductions until further Order of this Court and shall remit all monies withheld from the debtor's earnings at least monthly, or more frequently if convenient, in the dollar amounts stated to the chapter 13 Trustee whose names and addresses that appear below.

**$680 per month for two months starting this April 1, 2019, then as of this June 2019, the payment shall increase to $1,196 per month for a period of 34 months to:** William C. Miller, Trustee, P.O. Box 1799, Memphis, TN 38101-1799

BY THE COURT

_____  4/18/19
JUDGE

Bestweld, Inc.
40 Robinson Street
Pottstown, PA 19464

John L. Mc Clain, Attorney for Debtor

John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Monica D. and Alfred W. Henderson
504 Walnut Street
Pottstown, PA 19464

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106