**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : Chapter 13 |
|    Henderson, Monica D. | |
|    Henderson, Alfred W. | : 17-11716 |
|       Debtors | : Hearing date, time and place: |

> June 11, 2019 @ 1 p.m.
> Courtroom #1
> US Bankruptcy Court
> 900 Market Street
> Philadelphia, PA 19107

## MOTION TO MODIFY PLAN AFTER CONFIRMATION

The Debtors, by their attorney, hereby move to modify their chapter 13 plan. In support of this motion they aver:

1. The plan that was confirmed was feasible and adequately funded at the time of the confirmation.

2. Subsequent to the confirmation of the chapter 13 Plan, debtors fell in arrears with both the trustee and the mortgage payments. The Mortgagee by and through its counsel filed a motion for relief which was settled by an approved stipulation which requires Debtors to amend the plan to include both pre and post petition arrears.

3. A proposed modified plan is attached hereto and labeled "Exhibit A".

4. Debtors filed Amended Schedules I and J due to post petition changes making the proposed modified plan feasible. (See Docket Nos. 63 and 64).

5. Under the proposed modified plan, the debtor intends to increase the total amount paid into the plan to sufficiently cover the amount to cure the aforesaid post petition mortgage arrears and it includes post confirmation supplemental counsel fees The plan as modified meets the requirements of the bankruptcy code.

WHEREFORE, the Debtors pray that they be permitted to modify their plan to conform to the attached proposed Third Amended Plan pursuant to 11 U.S.C. § 1329.

Date:  May 8, 2019

"/s/" Mitchell J. Prince
John L. Mc Clain, Esquire
Mitchell J. Prince, Esquire
Attorneys for Debtor