**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>  Henderson, Monica D.<br>  Henderson, Alfred W.<br>      Debtors | : Chapter 13<br>:<br>:<br>: 17-11716 |

**CERTIFICATE OF SERVICE**

I certify that on the date shown below a copy of the Motion to Modify Plan After Confirmation, Order and Notice was served upon the standing trustee and all creditors of the debtor at their addresses as shown in the schedules accompanying the debtor's petition and from the claims docket by mailing such copy by first class, regular U.S. mail, postage prepaid or by electronic means.

May 9, 2019

/"s"/ Mitchell J. Prince, Esquire
Mitchell J. Prince, Esquire
John L. McClain, Esquire
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Henderson, Monica D. Henderson, Alfred W.
504 Walnut Street
Pottstown, PA 19464