## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              : Chapter 13
  Henderson, Monica D.
  Henderson, Alfred W.             :
      Debtors

                             :  17-11716

### CERTIFICATE OF SERVICE

   I certify that on the date shown below a copy of the Amended Notice of the

Motion to Modify Plan After Confirmation was served upon the standing trustee

and all creditors of the debtor at their addresses as shown in the schedules

accompanying the debtor's petition and from the claims docket by mailing such

copy by  first class, regular U.S. mail, postage prepaid or by electronic means.


May 9, 2019

/"s"/ Mitchell J. Prince, Esquire
Mitchell J. Prince, Esquire
John L. McClain, Esquire
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Henderson, Monica D. Henderson, Alfred W.
504 Walnut Street
Pottstown, PA 19464