**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **Chapter 13** |
| **MONICA D. HENDERSON** | : | |
| **ALFRED W. HENDERSON,** | : | |
| **Debtors** | : | **Bky. No.  17-11716 ELF** |

# O R D E R

AND NOW, upon consideration of the Debtors' Motion to Modify Confirmed Plan ("the

Motion"), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1.  The Motion is **GRANTED**.

2.  The Debtors' Amended Chapter 13 Plan (Doc. #78) is **APPROVED**.

**Date: September 4, 2019**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**