**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : Chapter 13

**Henderson, Monica D.
Henderson, Alfred W.** : 17-11716

    **Debtors**

## CERTIFICATE OF SERVICE

    I certify that on  October 4, 2019 ,  the standing trustee, Chapter 13 trustee and all creditors of the debtor that have requested a copy of the same served  a copy of the "Supplemental Application for Compensation and Reimbursement of Expenses for Services Performed After Confirmation of Chapter 13 Plan" either by ECF or by first class regular U.S. mail.

Dated: October 4, 2019

                       "/s/"Mitchell J. Prince
                       John L. McClain, Esquire
                       Mitchell J. Prince, Esquire
                       Attorneys for debtors

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123