**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**                                                              **: Chapter 13**
   **Henderson, Monica D.**
   **Henderson, Alfred W.**
           **Debtors**                                          **:  17-11716**

**SUPPLEMENTAL ORDER FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES**

AND NOW, this __28th__ day of __October__, 2019, upon consideration of the Supplemental Application for allowance of Compensation and Reimbursement of Expenses filed by Debtor's counsel, IT IS HEREBY

   **ORDERED** that the Supplemental Application is granted and compensation of $1,750.00 and $0.00 in expenses are **ALLOWED,** and  the unpaid balance of $1,750.00 and $0.00 shall be paid through debtors' Modified Chapter 13 Plan through the office of the Chapter 13 trustee as an administrative priority expense, to the extent provided for by the Debtors' confirmed modified plan.

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE