## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 13
    Henderson, Monica D.
    Henderson, Alfred W.
        Debtor(s) : 17-11716

:

## ORDER TERMINATING WAGE ORDER

**AND NOW,** this 27th day of Jan. 2022, upon consideration of the Debtor's counsel's Application to Terminate Wage Order, it is hereby

**ORDERED**, that the wage order previously entered in this case, directing Lincoln Heritage Life Ins. to make monthly payments on behalf the debtor to the chapter 13 trustee, is hereby terminated.

BY THE COURT

_____
JUDGE   ERIC L. FRANK

Bestweld, Inc.
40 Robinson Street
Pottstown, PA 19464

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Henderson, Monica D.
Henderson, Alfred W.
504 Walnut Street
Pottstown, PA 19464


Kenneth E. West, Trustee
P.O. Box 40119
Philadelphia, PA 19106