Certificate Number: 03088-PAE-DE-036347785

Bankruptcy Case Number: 17-11716



03088-PAE-DE-036347785

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>February 22, 2022</u>, at <u>4:05</u> o'clock <u>PM CST</u>, <u>Monica D Henderson</u> completed a course on personal financial management given <u>by internet</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date: <u>February 22, 2022</u>          By:     <u>/s/Doug Tonne</u>

Name: <u>Doug Tonne</u>

Title: <u>Counselor</u>