Certificate Number: 03088-PAE-DE-036347784

Bankruptcy Case Number: 17-11716



03088-PAE-DE-036347784

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 22, 2022, at 4:05 o'clock PM CST, Alfred W Henderson completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   February 22, 2022             By:   /s/Doug Tonne

                                      Name: Doug Tonne

                                      Title: Counselor