United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Monica D. Henderson  
Alfred W. Henderson  
    Debtors

Case No. 17-11716-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Feb 23, 2022      Form ID: 138OBJ      Total Noticed: 31

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Monica D. Henderson, Alfred W. Henderson, 504 Walnut Street, Pottstown, PA 19464-5626 |
| 13880871 | + | AmeriFinancial Solutions. Llc, PO Box 65018, Baltimore, MD 21264-5018 |
| 13880875 | + | Central Credit Services, 9550 Regency Square Blvd Ste 500, Jacksonville, FL 32225-8169 |
| 13880876 | + | Consumer Portfolio Svc, Attn: Bankruptcy, 19500 Jamboree Rd, Irvine, CA 92612-2437 |
| 13880878 | + | John L. McClain and Associates, PO Box 123, Narberth, PA 19072-0123 |
| 13880879 | + | KML Law Group, PC, 701 Market Street, Philadelphia, PA 19106-1541 |
| 13880881 | #+ | Midwest Recovery Syste, PO Box 899, Florissant, MO 63032-0899 |
| 13880888 | + | Phelan, Hallinan & Schmieg, LLP, 1617 JFK Boulevard, Ste 1400, Philadelphia, PA 19103-1814 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 24 2022 00:13:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 24 2022 00:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 24 2022 00:13:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13880872 | + | Email/Text: bankruptcy@sccompanies.com | Feb 24 2022 00:13:00 | Ashro, 1112 7Th Ave, Monroe, WI 53566-1364 |
| 13880873 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Feb 24 2022 00:13:00 | Berks Credit & Collections, PO Box 329, Temple, PA 19560-0329 |
| 13905423 | + | Email/Text: bankruptcy@consumerportfolio.com | Feb 24 2022 00:13:00 | CONSUMER PORTFOLIO SERVICES, INC., P.O. BOX 57071, IRVINE, CA. 92619-7071 |
| 13880874 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 24 2022 00:11:51 | Capital One, Attn: General Correspondence/Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 13880877 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 24 2022 00:22:33 | Credit One Bank Na, PO Box 98873, Las Vegas, NV 89193-8873 |
| 13920484 | + | Email/Text: ECMCBKNotices@ecmc.org | Feb 24 2022 00:13:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 13917270 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 24 2022 00:22:25 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13880880 | + | Email/Text: MDSBankruptcies@meddatsys.com | Feb 24 2022 00:13:00 | Medical Data Systems Inc, MDS, 2001 9th Ave |

Case 17-11716-elf   Doc 102   Filed 02/25/22   Entered 02/26/22 00:34:10   Desc
Imaged Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 23, 2022 | Form ID: 138OBJ | Total Noticed: 31 |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Ste 312, Vero beach, FL 32960-6413 |
| 13880884 | + | Email/Text: blegal@phfa.org | Feb 24 2022 00:13:00 | PA HOUSING FINANCE AGENCY-HEMAP, 211 NORTH FRONT STREET, HARRISBURG, PA 17101-1406 |
| 13880885 | + | Email/Text: blegal@phfa.org | Feb 24 2022 00:13:00 | PA HOUSING FINANCE AGENCY-US Bank, 211 NORTH FRONT STREET, HARRISBURG, PA 17101-1406 |
| 13916606 | + | Email/Text: bankruptcygroup@peco-energy.com | Feb 24 2022 00:13:00 | PECO Energy Company, 2301 Market Street, S4-1, Philadelphia, PA 19103-1380 |
| 13881471 | + | Email/PDF: rmscedi@recoverycorp.com | Feb 24 2022 00:22:25 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13880883 | + | Email/Text: blegal@phfa.org | Feb 24 2022 00:13:00 | Pa Housing Finance Age, 2101 N. Front Street, Harrisburg, PA 17110-1086 |
| 13937469 | + | Email/Text: joey@rmscollect.com | Feb 24 2022 00:13:00 | Patient First c/o Receivables Management Systems, PO Box 8630, Richmond, VA 23226-0630 |
| 13880886 | | Email/Text: recovery@paypal.com | Feb 24 2022 00:13:00 | Paypal, PO Box 45950, Omaha, NE 68145-0950 |
| 13880887 | + | Email/Text: bankruptcygroup@peco-energy.com | Feb 24 2022 00:13:00 | Peco Energy Company, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 13880889 | | Email/Text: joey@rmscollect.com | Feb 24 2022 00:13:00 | Receivable Management Inc, 7206 Hull Rd, Ste 211, Richmond, VA 23235 |
| 13880890 | + | Email/Text: bankruptcysst@alorica.com | Feb 24 2022 00:13:00 | Systems & Services Technologies Inc, 4315 Picket Road, Saint Joseph, MO 64503-1600 |
| 13954086 | + | Email/Text: blegal@phfa.org | Feb 24 2022 00:13:00 | U.S. Bank National Association, c/o Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14044042 | | Email/PDF: bncnotices@becket-lee.com | Feb 24 2022 00:11:53 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13880870 | *+ | Alfred W. Henderson, 504 Walnut Street, Pottstown, PA 19464-5626 |
| 13880882 | *+ | Monica D. Henderson, 504 Walnut Street, Pottstown, PA 19464-5626 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2022    Signature:    /s/Joseph Speetjens

District/off: 0313-2    User: admin    Page 3 of 3
Date Rcvd: Feb 23, 2022    Form ID: 138OBJ    Total Noticed: 31

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JOHN L. MCCLAIN | on behalf of Debtor Monica D. Henderson aaamcclain@aol.com  edpabankcourt@aol.com |
| JOHN L. MCCLAIN | on behalf of Joint Debtor Alfred W. Henderson aaamcclain@aol.com  edpabankcourt@aol.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com |
| LEON P. HALLER | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com  dmaurer@pkh.com;mgutshall@pkh.com |
| LEROY W. ETHERIDGE, JR. | on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Monica D. Henderson and Alfred W. Henderson

    Debtor(s)

Case No: 17−11716−elf

Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 2/23/22