United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 17-11716-elf

Monica D. Henderson                                                          Chapter 13

Alfred W. Henderson

      Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 16, 2022 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**        **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2022:**

**Recip ID**        **Recipient Name and Address**
db/jdb        + Monica D. Henderson, Alfred W. Henderson, 504 Walnut Street, Pottstown, PA 19464-5626

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2022        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2022 at the address(es) listed below:**

**Name**        **Email Address**

JOHN L. MCCLAIN
        on behalf of Debtor Monica D. Henderson aaamcclain@aol.com  edpabankcourt@aol.com

JOHN L. MCCLAIN
        on behalf of Joint Debtor Alfred W. Henderson aaamcclain@aol.com  edpabankcourt@aol.com

KENNETH E. WEST
        ecfemails@ph13trustee.com  philaecf@gmail.com

KEVIN G. MCDONALD
        on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com

LEON P. HALLER
        on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com  dmaurer@pkh.com;mgutshall@pkh.com

District/off: 0313-2                    User: admin                                    Page 2 of 2
Date Rcvd: May 16, 2022                 Form ID: 195                                    Total Noticed: 1

LEROY W. ETHERIDGE, JR.
                    on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

MATTEO SAMUEL WEINER
                    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING
                    FINANCE AGENCY) bkgroup@kmllawgroup.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                             : Chapter 13


Monica D. Henderson and Alfred W. Henderson        : Case No. 17–11716–elf
          Debtor(s)


### *ORDER*
_____


    AND NOW, this day , May 16th, 2022 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is


    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.



                              By The Court

                              Eric L. Frank
                              Judge , United States Bankruptcy Court